CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BO YU,<br><br>Plaintiff,<br><br>v.<br><br>DANIELLE LEHMAN, Director of the San Francisco Asylum Office,<br><br>Defendant. | Case No. 3:25-cv-06238 SK<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On June 16, 2026, the Court granted the parties' request to stay proceedings until July 15, 2026. Dkt. No. 18. Following Plaintiff's asylum interview, USCIS must complete all background, identity, and security checks as part of regular case processing, pursuant to 8 U.S.C. § 1158(d)(5)(A)(i). Once the security checks are completed, USCIS will take further adjudicative action on the application.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until September 14, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 15, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: July 15, 2026

*/s/ Chuangchuang Chen*
CHUANGCHUANG CHEN
Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, the STAY is CONTINUED until September 14, 2026, at which time the parties shall file a joint status report with the Court.

**IT IS SO ORDERED.**

Date: July 16, 2026

Sallie Kim
SALLIE KIM
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.